IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME LAMAR GENTERY,

    Petitioner,                      No. CIV S-06-2939 FCD KJM P

    vs.

M.C. KRAMER, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4      2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6      United States District Court
        Eastern District of California
7      2500 Tulare Street
        Fresno, CA 93721

8

9 DATED: January 9, 2007.

                              /s/ [signature]
                              U.S. MAGISTRATE JUDGE

/mp
gent2939.109

2