# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME LAMAR GENTERY, | ) | 1:07-CV00053 OWW NEW (DLB) HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTIONS TO |
| v. | ) | DISMISS |
| | ) | |
| M. C. KRAMER, | ) | [Docs. #13, 16] |
| | ) | |
| Respondent. | ) | |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On April 13, 2007, Respondent filed a motion to dismiss the petition as successive and filed beyond the one-year statute of limitations.  On April 26, 2007, Petitioner filed a motion to voluntarily dismiss the petition. Petitioner states he intends to file in the Ninth Circuit for an order authorizing a second or successive filing. Respondent filed a statement of non-opposition to Petitioner's motion on May 11, 2007.

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first

occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

At this time, Respondent has not filed a formal answer to the petition for writ of habeas corpus. In addition, Respondent has filed a non-opposition to Petitioner's motion.

Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   May 26, 2007**                         **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE